UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELISSA S. LONGO, on behalf of
herself & all others similarly situated,

    Plaintiff,

v.                        CASE NO.: 1:11cv157-SPM/GRJ

OREGON TELEVISION, INC.,

    Defendant.
_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, Defendant's Unopposed Motion for Extension of Time to Respond to Complaint (doc. 6) is granted. Defendant shall have up to and including October 6, 2011 to file and serve a response to the complaint.

SO ORDERED this 30th day of August, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge