IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MELISSA S. LONGO,

       Plaintiff,

v.                            CASE NO.: 1:11cv157-SPM/GRJ

OREGON TELEVISION, INC.,

       Defendant.

_____/

**ORDER OF DISMISSAL**

      This case has been dismissed with prejudice pursuant to Plaintiff's

Stipulation of Dismissal (doc. 8) and Federal Rule of Civil Procedure 41(a)(1)(i).

Accordingly, the clerk shall close this case.

      SO ORDERED this 12th day of September, 2011.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        Senior United States District Judge